**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR 2 8 2023

RECEIVED

JOHN DOE (Claimant #1),  )
         )
  *Petitioner,*     )
         )
         )
v.         )  Case No. 23-1124
         )
**UNITED STATES SECURITIES,** )  NOT YET SCHEDULED
**AND EXCHANGE COMMISSION** )  FOR ORAL ARGUMENT
         )
  *Respondent.*    )
         )

## UNOPPOSED MOTION OF JOHN DOE TO FILE UNDER SEAL AND TO PROCEED UNDER A PSEUDONYM

Petitioner John Doe hereby requests leave to file certain information under seal and to file redacted documents on this Court's public docket in this appeal by petitioner John Doe (Claimant #1) from the Commission's denial of his whistleblower award claim under Section 21F of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-6. *See Order Determining Whistleblower Award Claim,* Rel. No. 97228, File No. 2023-47, March 31, 2023 ("Final Order"), and for Petitioner to proceed as John Doe.

Petitioner held confidential whistleblower status during the administrative proceedings and the Final Order was published in redacted form. Petitioner requests to maintain this status in the instant appeal and file redacted documents on the Court's public docket.

Petitioner contacted counsel for the SEC who consented to this motion.

Respectfully submitted,

/s/ Stephen M. Kohn
Stephen M. Kohn
Kohn, Kohn & Colapinto, LLP
1710 N Street, NW
Washington, DC 20036
(202) 342-6980
sk@kk.com
Attorney for Petitioner

Date: April 28, 2023