# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1124**  **September Term, 2024**

SEC-2023-47

**Filed On: July 31, 2025** [2128124]

John Doe, (Claimant #1),

    Petitioner

    v.

Securities and Exchange Commission,

    Respondent

## O R D E R

Upon consideration of the unopposed motion for leave to file the amicus brief under seal; and the motion to supplement the record, the opposition thereto, and the reply, it is

**ORDERED** the motion for leave to file the amicus brief under seal be granted. It is

**FURTHER ORDERED** that consideration of the motion to supplement the record be deferred pending further order of the court.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk